1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BUI

6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )    No. CR-09-00692 SBA
11                                  )
                    Plaintiff,      )    STIPULATION AND
12                                  )    ORDER FOR CONTINUANCE AND
   vs.                              )    EXCLUSION OF TIME UNDER THE
13                                  )    SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET
   SU THANH BUI,                    )    SEQ.
14                                  )
                    Defendant.      )
15 _____)

16
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the
17
   STATUS HEARING date of September 1, 2009, scheduled at 9:00 a.m., before the Honorable
18
   Saundra Brown Armstrong, be vacated and reset for October 6, 2009 at 9:00 a.m.
19
        The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§
20
   3161(H)(7)(A). The reasons for this continuance are as follows: Defense counsel and
21
   government counsel have negotiated a protective order in this case. A substantial amount of
22
   discovery will be disclosed under that order's terms. The allegations involve financial
23
   institutions and alleged identity theft. Defense counsel needs time to review the these records
24
   and investigate the case. For the foregoing reasons, the parties stipulate that the ends of justice
25
   served by the continuance requested herein outweigh the best interests of the public and the
26

1

1  defendant in a speedy trial because the failure to grant such a continuance would unreasonably
2  deny counsel for the defendant the reasonable time necessary for effective preparation, taking
3  into account the exercise of due diligence.

6  DATED: 8/27/09                                                    /S/
                                                            _____
                                                                  WADE RHYNE
8                                                      Assistant United States Attorney

10 DATED: 8/27/09
                                                                        /S/
                                                            _____
                                                              JOHN PAUL REICHMUTH
12                                                      Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature
14 (/S/) within this e-filed document.

UNITED STATES OF AMERICA VS. BUI

### ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from September 1, 2009 until October 6, 2009 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

2. Given counsel's need to review newly produced discovery concerning financial transactions, additional time is needed for effective preparation of counsel .

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (7)(A) & B iv from September 1, 2009 until October 6, 2009.

IT IS FURTHER ORDERED that the STATUS HEARING date of September 1, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for October 6, 2009 at 9:00 a.m.

DATED:8/31/09

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE