BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00692 SBA |
| | ) | |
| Plaintiff, | ) | ORDER FOR CONTINUANCE AND |
| | ) | EXCLUSION OF TIME UNDER THE |
| vs. | ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET |
| | ) | SEQ. |
| SU THANH BUI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# **ORDER**

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from October 6, 2009 until October 27, 2009 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

2. Given counsel's need to review newly produced discovery concerning financial transactions, additional time is needed for effective preparation of counsel .

1

1    Based on these findings, IT IS HEREBY ORDERED that time period from October 6, 2009 until October 27, 2009 shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), on the grounds that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to facilitate the effective preparation of counsel, taking into account the exercise of due diligence.

IT IS FURTHER ORDERED that the STATUS HEARING date of October 6, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for October 27, 2009 at 9:00 a.m.

DATED: 10-02-09

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE