1   BARRY J. PORTMAN
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500

5   Counsel for Defendant BUI

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-09-00692 SBA
                                       )
12                    Plaintiff,       )    ORDER FOR CONTINUANCE AND
                                       )    EXCLUSION OF TIME UNDER THE
13  vs.                                )    SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET
                                       )    SEQ.
14  SU THANH BUI,                      )
                                       )
                      Defendant.       )
15  _____ )

16

17                              **ORDER**

18
         Based on the reasons provided in the stipulation of the parties above, the court hereby
19
    FINDS:
20
         1. The ends of justice served by the granting of the continuance from December 8, 2009
21
    until January 12, 2010 outweigh the best interests of the public and the defendant in a speedy and
22
    public trial because additional investigation and review are necessary to the defense preparation
23
    of the case.  Defense counsel will also be away from the district between December 22 and
24
    December 29.
25
         2.  Given counsel's need to review discovery concerning financial transactions,
26

                                        1

1    additional time is needed for effective preparation of counsel.

2         Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

3    speedy trial act, 18 U.S.C. Section 3161(H) (7)(A)and (B)(iv) from December 8, 2009 until

4    January 12, 2010.

5         IT IS FURTHER ORDERED that the STATUS HEARING date of December 8, 2009,

6    scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset

7    for January 12, 2010 at 9:00 a.m.

8    DATED:12/8/09

9                             _Saundra B Armstrong_____

10                 HON. SAUNDRA BROWN ARMSTRONG
                          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26