BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00692 SBA |
| Plaintiff, | ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| vs. | |
| SU THANH BUI, | |
| Defendant. | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from January 26, 2010 until February, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case. Further, the prosecution is currently reviewing documents and evidence submitted to it by the defense.

2. Given counsel's need to review discovery concerning financial transactions,

1

1  additional time is needed for effective preparation of counsel.

2  Based on these findings, IT IS HEREBY ORDERED that time be excluded under the
3  speedy trial act, 18 U.S.C. Section 3161(H) (7)(A)and (B)(iv) from January 26, 2010 until
4  February 9, 2010.

5  IT IS FURTHER ORDERED that the STATUS HEARING date of January 26, 2010,
6  scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset
7  for February 9, 2010 at 9:00 a.m.

8  DATED:1/25/10

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE