BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00692 SBA |
| | ) | |
| Plaintiff, | ) | ORDER FOR CONTINUANCE AND |
| | ) | EXCLUSION OF TIME UNDER THE |
| vs. | ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET |
| | ) | SEQ. |
| SU THANH BUI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from February 23, 2010 until March 30, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.  Further, the prosecution is currently reviewing documents and evidence submitted to it by the defense.  Government counsel is currently in trial preparations and will be in jury trial for much of the month of March.  He believes that an additional 30 days is needed by the

1

1  government to assess the materials submitted by the defense.

2      2.  Given both counsels' need to review discovery concerning financial transactions,

3  additional time is needed for effective preparation of counsel.

4      Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

5  speedy trial act, 18 U.S.C. Section 3161(H) (7)(A)and (B)(iv) from February 23, 2010 until

6  March 30, 2010.

7      IT IS FURTHER ORDERED that the STATUS HEARING date of February 23, 2010,

8  scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset

9  for March 30, 2010 at 9:00 a.m.

10  DATED:2/22/10

11  _____
    HON. SAUNDRA BROWN ARMSTRONG

12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2