1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BUI

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   No. CR-09-00692 SBA
                                      )
12                  Plaintiff,        )   [PROPOSED] ORDER FOR
                                      )   CONTINUANCE AND EXCLUSION OF
    vs.                               )   TIME UNDER THE SPEEDY TRIAL ACT,
13                                    )   18 U.S.C. § 3161 ET SEQ.
    SU THANH BUI,                     )
14                                    )
                    Defendant.        )
15  _____ )

16

17                                **ORDER**

18      Based on the reasons provided in the stipulation of the parties above, the court hereby

19  FINDS:

20      1. The ends of justice served by the granting of the continuance from March 30, 2010

21  until April 27, 2010 outweigh the best interests of the public and the defendant in a speedy and

22  public trial because additional investigation and review are necessary to the defense preparation

23  of the case. Further, the prosecution is currently reviewing documents and evidence submitted to

24  it by the defense. Government counsel has been unavailable due to a four-week trial a one week

25  leave from the office. He believes that an additional 30 days is needed by the government to

26  assess the materials submitted by the defense.

                                        1

2. Given both counsels' need to review discovery concerning financial transactions, additional time is needed for effective preparation of counsel.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A)and (B)(iv) from March 30, 2010 until April 27, 2010 on the grounds that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to facilitate the effective preparation of and continuity of counsel, taking into account the exercise of due diligence.

IT IS FURTHER ORDERED that the STATUS HEARING date of March 30, 2010, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for April 27, 2010 at 9:00 a.m.

DATED: 3/30/10

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE