1 BARRY J. PORTMAN
Federal Public Defender
2 JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00692 SBA |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER FOR |
| | ) | CONTINUANCE AND EXCLUSION OF |
| vs. | ) | TIME UNDER THE SPEEDY TRIAL ACT, |
| | ) | 18 U.S.C. § 3161 ET SEQ. |
| SU THANH BUI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from April 27, 2010 until May 11, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case. Further, the prosecution is currently reviewing documents and evidence submitted to it by the defense. Finally, the defendant has an appointment with Immigration Agents on April 27 which was not known to the defense when the April 27 date was requested.

2. Given both counsels' need to review discovery concerning financial transactions,

1

1 | additional time is needed for effective preparation of counsel.

2 | Based on these findings, IT IS HEREBY ORDERED that time be excluded under the
3 | speedy trial act, 18 U.S.C. Section 3161(h)(7)(A)and (B)(iv) from April 27, 2010 until May 11,
4 | 2010 on the grounds that the ends of justice are served by taking such action outweigh the best
5 | interest of the public and the defendant in a speedy trial in order to facilitate the effective
6 | preparation of and continuity of counsel, taking into account the exercise of due diligence.

7 | IT IS FURTHER ORDERED that the STATUS HEARING date of April 27, 2010,
8 | scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset
9 | for **May 11, 2010 at 9:00 a.m.**

10 | DATED: 4/22/10

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

2