BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SU THANH BUI,<br><br>    Defendant. | No. CR-09-00692 SBA<br><br>[~~PROPOSED~~] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from May 11, 2010 until June 8, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case. Further, the prosecution is currently reviewing documents and evidence submitted to it by the defense.

2. Given both counsels' need to review discovery concerning financial transactions, additional time is needed for effective preparation of counsel.

1     Based on these findings, IT IS HEREBY ORDERED that time be excluded under the
2 speedy trial act, 18 U.S.C. Section 3161(h)(7)(A) and (B)(iv) from May 11, until June 8, 2010 on
3 the grounds that the ends of justice are served by taking such action outweigh the best interest of
4 the public and the defendant in a speedy trial in order to facilitate the effective
5 preparation of and continuity of counsel, taking into account the exercise of due diligence.

6     IT IS FURTHER ORDERED that the STATUS HEARING date of May 11, 2010,
7 scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for
8 **June 8, 2010 at 9:00 a.m.**

9     IT IS SO ORDERED.

10 DATED: 5/11/10

11

12                                       HON. SAUNDRA BROWN ARMSTRONG
                                         UNITED STATES DISTRICT JUDGE