UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00692 SBA |
| Plaintiff, | ) ) | AMENDED ORDER GRANTING STIPULATED REQUEST TO CONTINUE |
| v. | ) ) | CHANGE OF PLEA AND SENTENCING TO DECEMBER 14, 2010 AND TO |
| SU THANH BUI, a/k/a "Nam Thanh Bui," a/k/a "Su T. Bui," | ) ) ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| a/k/a "Tuan A. Nguyen," a/k/a "Tuan Anh Nguyen," | ) ) ) | Date: November 16, 2010 Time: 10:00 a.m. Court: Hon. Saundra Brown Armstrong |
| Defendant. | ) ) ) | |

The parties jointly requested that the hearing in this matter be continued for change of plea and sentencing on December 14, 2010 at 10:00 a.m. The parties further requested that time continue to be excluded under the Speedy Trial Act between the date of this order and December 14, 2010 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office, to allow the parties to continue to prepare the case for sentencing, and to allow recently substituted defense counsel to review previously provided discovery. Defendant continues to agree that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good

1 | cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G), (h)(7)(A), and
2 | (h)(7)(B)(iv),
3 |      **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
4 | December 14, 2010 at 10:00 a.m., and that time between the date of this order and December 14,
5 | 2010 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §
6 | 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by
7 | the defendant and the attorney for the government.  The Court further finds that the ends of
8 | justice served by excluding the time between *November 16, 2010* and December 14, 2010 from
9 | computation under the Speedy Trial Act outweigh the best interests of the public and the
10 | defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, **IT IS FURTHER**
11 | **ORDERED** that the time between the date of this order and December 14, 2010 shall also be
12 | excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
13 | and (h)(7)(B)(iv).
14 |      **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
15 | Presentence Investigation Report.

DATED:_10/21/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONT. CHANGE OF PLEA & SENTENCING
TO DECEMBER 14, 2010 & TO EXCLUDE TIME
No. CR 09-00692 SBA