UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00692 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO VACATE CHANGE OF PLEA AND SENTENCING, AND TO SET FOR STATUS ON JANUARY 25, 2011, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| SU THANH BUI, a/k/a "Nam Thanh Bui," a/k/a "Su T. Bui," a/k/a "Tuan A. Nguyen," a/k/a "Tuan Anh Nguyen," | ) ) ) ) ) | |
| | ) | Date:  December 16, 2010 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) ) | Court: Hon. Saundra Brown Armstrong |
| | ) | |

The parties jointly requested that the Court vacate the December 16, 2010 change of plea and sentencing hearing and that the court continue the matter to January 25, 2011 at 10:00 a.m. for status. The parties further requested that time continue to be excluded under the Speedy Trial Act between the date of this order and January 25, 2011 to allow the parties to continue to prepare the case, to allow the parties to additional time to investigate and research recently discovered issues related to restitution and loss calculations, to allow the parties to investigate recently alleged misconduct by the defendant, and to allow recently defense counsel to continue to review previously provided discovery.

**IT IS HEREBY ORDERED** that the December **14**, 2010 change of plea and sentencing hearing in this matter is **VACATED** and that the matter is continued to January 25, 2011 at

STIP. REQ. TO VACATE CHANGE OF PLEA & SENTENCING
& TO SET FOR STATUS ON JANUARY 25, 2011 & TO EXCLUDE TIME
No. CR 09-00692 SBA

1  10:00 before the sitting Magistrate Judge for a status hearing.  Furthermore, the Court finds that
2  the time between **December 14, 2010** and January 25, 2011 is excluded under the Speedy Trial
3  Act, and that the ends of justice served by excluding the time between **December 14, 2010** and
4  January 25, 2011 from computation under the Speedy Trial Act outweigh the best interests of the
5  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, **IT IS**
6  **FURTHER ORDERED** that the time between **December 14, 2010** and January 25, 2011 shall
7  be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. §§
8  3161(h)(7)(A) and (h)(7)(B)(iv).

11  DATED:_11/29/10               _____
                                  HON. SAUNDRA BROWN ARMSTRONG
12                                United States District Judge

STIP. REQ. TO VACATE CHANGE OF PLEA & SENTENCING
& TO SET FOR STATUS ON JANUARY 25, 2011 & TO EXCLUDE TIME
No. CR 09-00692 SBA