1  BARRY J. PORTMAN
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   SU THANH BUI
7

8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
10

11

12 | UNITED STATES OF AMERICA,    | CR-09-00692 SBA
13 |         Plaintiff,           | STIPULATION TO CONTINUANCE
   |                              | AND EXCLUSION OF TIME UNDER
14 |   v.                         | THE SPEEDY TRIAL ACT, 18 U.S.C. §
   |                              | 3161 ET. SEQ.; ORDER
15 | SU THANH BUI,                |
16 |         Defendant.           |

17

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the status

19 hearing date of January 25, 2011, presently scheduled at 10:00 a.m., before the Hon. Donna M. Ryu,

20 be vacated and re-set for March 2, 2011 at 9:30 a.m., before the Oakland Duty Magistrate.

21     The reason for this request is as follows: The parties had reached an agreement pursuant to

22 Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.  However, the parties require

23 additional time to prepare the case for sentencing, including conducting additional investigation and

24 research pertaining to loss calculation and restitution that have arisen after completion of the draft

25

26 CR-10-00042 SBA
   Stipulation to Continuance and Exclusion of Time
                                1

1
2  Pre-Sentence Report. The draft Pre-Sentence Report contained conflicting Guideline calculation,
3  which require the parties to conduct a re-analysis of their loss and restitution calculations.
4  Additionally, Defendant is currently in state custody and the parties need additional time to
5  investigate his new alleged offense conduct. Accordingly, in order to allow the parties additional
6  time to prepare for the case, to conduct additional investigation and research pertaining to restitution
7  and loss calculations, the parties jointly request that this matter be continued to March 2, 2011 at
8  9:30 a.m. for a status conference before the sitting Magistrate Judge.
9       The parties agree and stipulate that the time until March 2, 2011 should be excluded, under 18
10 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance
11 outweigh the bests interests of the public and the defendant in a speedy and public trial. The
12 continuance is necessary to accommodate counsel's preparation efforts.
13
14 Date: January 12, 2011                    /s/
                                             Ellen V. Leonida
15                                           Assistant Federal Public Defender
                                             Counsel for defendant SU THANH BUI
16
17
18 Date: January 12, 2011                    /s/
                                             Wade M. Rhyne
19                                           Assistant United States Attorney
20     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this e-filed document.                    /S/ ELLEN V. LEONIDA
21
22
23
24
25
26

1

1
2                                         ORDER
3       The court finds that the ends of justice served by the granting of the continuance outweigh
4  the bests interests of the public and the defendant in a speedy and public trial. The continuance is
5  necessary to accommodate counsel's preparation efforts and continuity of counsel.  Based on these
6  findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 2,
7  2011 at 9:30 a.m., before the Oakland Duty Magistrate, and that time is excluded from January 25,
8  2011 to March 2, 2011 pursuant to 18 U.S.C. § 3161(h)(7)(a).
9       IT IS SO ORDERED.
10
11
12  _1/24/2011_
    Date                                          HON. DONNA M. RYU
13                                                UNITED STATES MAGISTRATE JUDGE