1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: wade.rhyne@usdoj.gov
8

9  Attorneys for the United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )  No. CR-09-00692 SBA
   |                                  )
14 |     Plaintiff,                   )  STIPULATED REQUEST TO CONTINUE
   |                                  )  STATUS CONFERENCE AND TO
15 |     v.                           )  EXCLUDE TIME UNDER THE SPEEDY
   |                                  )  TRIAL ACT
16 | SU THANH BUI,                    )
   |     a/k/a "Nam Thanh Bui,"       )  Date:   March 2, 2011
17 |     a/k/a "Su T. Bui,"           )  Time:   9:30 a.m.
   |     a/k/a "Tuan A. Nguyen,"      )  Court:  Hon. Donna M. Ryu
18 |     a/k/a "Tuan Anh Nguyen,"     )
   |                                  )
19 |     Defendant.                   )
   |                                  )
20 |_____    )

21     The above-captioned matter is currently set on March 2, 2011 before this Court for status.

22 However, the parties now jointly request that this Court continue the matter to April 4, 2011 at

23 9:30 a.m. for status and that the Court continue to exclude under the Speedy Trial Act between

24 the date of this stipulation and April 4, 2011.

25     The parties had previously reached an agreement pursuant to Rule 11(c)(1)(C) of the

26 Federal Rules of Criminal Procedure, which had been previously submitted to the District Court.

27 However, the parties require additional time to prepare the case for sentencing, including

28 conducting additional investigation and research pertaining to loss calculation and restitution that

STIP. REQ. TO CONTINUE STATUS CONFERENCE
& TO SET FOR STATUS ON APRIL 4, 2011 & TO EXCLUDE TIME
No. CR 09-00692 SBA

have arisen after completion of the draft Pre-Sentence Report.  The draft Pre-Sentence Report contained conflicting Guideline calculation, which require the parties to conduct a re-analysis of their loss and restitution calculations.  Additionally, Defendant remains in state custody following an alleged probation violation arising from alleged misconduct, which may be relevant to the disposition of the current case.  Counsel for Defendant and for the government need additional time to investigate this new alleged offense conduct.  Counsel for the government is working closely with a new case agent to obtain the relevant records and provide them to the defense, to the Probation Office, and to Pre-Trial Services.  Accordingly, in order to allow the parties additional time to prepare for the case, to conduct additional investigation and research pertaining to restitution and loss calculations, the parties jointly request that this matter be continued to April 4, 2011 at 9:30 a.m. for a status conference before the sitting Magistrate Judge.

On that basis, the parties stipulate and agree that failing to exclude the time between today's date and April 4, 2011 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

DATED: February 22, 2011

/s/  
_____  
WADE M. RHYNE  
Assistant United States Attorney

/s/  
_____  
ELLEN LEONIDA  
Counsel for the Defendant

STIP. REQ. TO CONTINUE STATUS CONFERENCE  
& TO SET FOR STATUS ON APRIL 4, 2011 & TO EXCLUDE TIME  
No. CR 09-00692 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00692 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| SU THANH BUI, ) a/k/a "Nam Thanh Bui," ) a/k/a "Su T. Bui," ) a/k/a "Tuan A. Nguyen," ) a/k/a "Tuan Anh Nguyen," ) | Date: March 2, 2011 Time: 9:30 a.m. Court: Hon. Donna M. Ryu | |
| Defendant. ) | | |

The parties jointly requested that the Court continue the March 2, 2011 status conference to April 4, 2011 at 9:30 a.m.  The parties further requested that time continue to be excluded under the Speedy Trial Act between the date of this order and April 4, 2011 to allow the parties to continue to prepare the case, to allow the parties to additional time to investigate and research recently discovered issues related to restitution and loss calculations, and to allow the parties to investigate recently alleged misconduct by Defendant.

**IT IS HEREBY ORDERED** that the March 2, 2011 status conference is continued to April 4, 2011 at 9:30 a.m. before the sitting Magistrate Judge for a status hearing.  Furthermore, the Court finds that the time between the date of this order and April 4, 2011 is excluded under the Speedy Trial Act, and that the ends of justice served by excluding the time between the date

STIP. REQ. TO CONTINUE STATUS CONFERENCE
& TO SET FOR STATUS ON APRIL 4, 2011 & TO EXCLUDE TIME
No. CR 09-00692 SBA

1 of this order and April 4, 2011 from computation under the Speedy Trial Act outweigh the best
2 interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
3 Therefore, **IT IS FURTHER ORDERED** that the time between the date of this order and April
4 4, 2011 shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. §§
5 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED: 2/23/2011

HON. DONNA M. RYU
United States District Judge

STIP. REQ. TO CONTINUE STATUS CONFERENCE
& TO SET FOR STATUS ON APRIL 4, 2011 & TO EXCLUDE TIME
No. CR 09-00692 SBA