UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00692 SBA |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE TO APRIL 19, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| SU THANH BUI, a/k/a "Nam Thanh Bui," a/k/a "Su T. Bui," a/k/a "Tuan A. Nguyen," a/k/a "Tuan Anh Nguyen," | Date: March 29, 2011<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |
| Defendant. | |

The parties jointly requested that the Court continue the March 29, 2011 status conference to April 19, 2011 at 10:00 a.m. The parties further requested that time continue to be excluded under the Speedy Trial Act between the date of this order and April 19, 2011 to allow the parties to continue to prepare the case, to allow the parties to additional time to investigate and research recently discovered issues related to restitution and loss calculations, to allow the defense to investigate recently alleged misconduct by Defendant, and to allow the defense additional time to review recently produced discovery pertaining to the recently alleged misconduct.

**IT IS HEREBY ORDERED** that the March 29, 2011 status conference is continued to April 19, 2011 at 10:00 a.m. before this Court. Furthermore, the Court finds that the time

STIP. REQ. TO CONTINUE STATUS CONFERENCE
& TO SET FOR STATUS ON APRIL 19, 2011 & TO EXCLUDE TIME
No. CR 09-00692 SBA

1 between the date of this order and April 19, 2011 is excluded under the Speedy Trial Act, and
2 that the ends of justice served by excluding the time between the date of this order and April 19,
3 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and
4 the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, **IT IS FURTHER**
5 **ORDERED** that the time between the date of this order and April 19, 2011 shall be excluded
6 from computation under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
7 (h)(7)(B)(iv).

DATED: 3/30/11

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE STATUS CONFERENCE
& TO SET FOR STATUS ON APRIL 19, 2011 & TO EXCLUDE TIME
No. CR 09-00692 SBA