1 BARRY J. PORTMAN
Federal Public Defender
2 JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00692 SBA |
| Plaintiff, | ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| vs. | |
| SU THANH BUI, | |
| Defendant. | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from July 29, 2011 until September 29, 2011 outweigh the best interests of the public and the defendant in a speedy and public trial because both counsel are out of the district on July 29 and both have absences in August and September. Defense counsel needs additional time to consult with his client, as well.

2. Given both counsels' absences, additional time is needed for effective preparation and continuity of counsel.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

1

1  speedy trial act, 18 U.S.C. Section 3161(h)(7)(A)and (B)(iv) from July 29, 2011 until September
2  29, 2011.
3       IT IS FURTHER ORDERED that the CHANGE OF PLEA AND SENTENCING
4  HEARING date of July 29, 2011, scheduled at 10:00 a.m., before the Honorable Saundra Brown
5  Armstrong, be vacated and reset for September 29, 2011 at 10:00 a.m.
6  DATED:8/4/11

                               _____
                               HON. SAUNDRA BROWN ARMSTRONG
                               UNITED STATES DISTRICT JUDGE